# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00370-CV

**The State Board for Educator Certification, Appellant**

**v.**

**Erasmo Montalvo, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-12-002991, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant the State Board for Educator Certification has filed an unopposed motion to abate the appeal pending resolution by the Texas Supreme Court of the related mandamus proceeding, *In re State Board for Educator Certification*, cause number 13-0537. We grant the motion and abate the appeal.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Abated

Filed:   February 26, 2014